# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

v.                              4:08CR00187-01-BRW

**ARMIN COLLINS**

## ORDER

Based on the United States Sentencing Commission's determination that the Fair Sentencing Act of 2010 will be retroactive effective November 1, 2011, "absent congressional action to the contrary," the June 24, 2011 Order (Doc. No. 26) denying Defendant's Motion for Retroactive Application is VACATED.

Accordingly, the Clerk of the Court is directed to reinstate Defendant's motion (Doc. No. 25) as pending, and a ruling on the merits of the motion will be issued at a later date -- most likely after November 1, 2011.

IT IS SO ORDERED this 3rd day of August, 2011.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE