# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

UNITED STATES OF AMERICA
V.

ARMIN COLLINS

| | |
|---|---|
| Case Number: | 4:08-CR-00187-BRW |
| USM Number: | 23796-009 |

**Date of Original Judgment:**       April 9, 2009

**Date of Previous Amended Judgment:** N/A         Chris Tarver
*(Use Date of Last Amended Judgment if Any)*          Defendant's Attorney

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(2)

Upon motion of  **X** the defendant      ☐ the Director of the Bureau of Prisons      ☐ the court
under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline
sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing
Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account
the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a),
to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
       ☐ DENIED.
       **X** GRANTED and the defendant's previously imposed sentence of imprisonment of
              73 months **is reduced to 60 months.**

Except as provided above, all provisions of the judgment dated April 9, 2009 will remain in effect.

**IT IS SO ORDERED.**

Order Date: November 29, 2011                    /s/ Billy Roy Wilson
                                                 United States District Judge